IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MARSHA CAUDILL,

                Plaintiff,

v.                                                        CIVIL ACTION NO.   2:19-cv-00745

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

## PROPOSED FINDINGS & RECOMMENDATION

This matter is assigned to the Honorable John T. Copenhaver, Jr., Senior United States District Judge, and by standing order entered on January 4, 2016, and filed in this case on October 16, 2019, this matter is referred to the undersigned United States Magistrate Judge for submission of proposed findings and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 3.)  Plaintiff Marsha Caudill ("Plaintiff") seeks review of the final decision of the Commissioner of Social Security denying her application for benefits under the Social Security Act.  (ECF No. 2.)

On October 11, 2019, Plaintiff filed her Complaint in this matter and an Application to Proceed Without Prepayment of Fees and Costs.  (ECF Nos. 1, 2.)  By Order and Notice entered on October 16, 2019, the undersigned granted Plaintiff's Application to Proceed Without Prepayment of Fees and Costs and directed Plaintiff to serve the Summons and Complaint pursuant to Federal Rule of Civil Procedure 4.  (ECF No. 4.) The electronic summons was issued the same day.  (ECF No. 5.)

On January 24, 2020, the undersigned entered a Notice of Failure to Make Service Within 90 Days, which advised Plaintiff that this action would be dismissed pursuant to Federal Rule of Civil Procedure 4(m) unless Plaintiff showed good cause for her failure to timely serve the complaint within ten days of the date of the Notice. (ECF No. 6.) To date, Plaintiff has not responded to the Notice. Accordingly, the undersigned respectfully **RECOMMENDS** that the presiding District Judge **DISMISS** this action pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely serve process.

The parties are notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable John T. Copenhaver, Jr., Senior United States District Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from the date of the filing of this Proposed Findings and Recommendation to file with the Clerk of this Court specific written objections identifying the portions of the Proposed Findings and Recommendation to which objection is made and the basis of such objection. Extension of this time period may be granted by the presiding District Judge for good cause shown. Copies of any objections shall be provided to the opposing party or, if it is represented by counsel, to its counsel, and to Judge Copenhaver.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Fourth Circuit Court of Appeals. 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *Wright v. Collins*, 766 F.2d 841, 846 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

The Clerk is **DIRECTED** to file this Proposed Findings and Recommendation and to transmit a copy to counsel of record.

ENTER: February 6, 2020

Dwane L. Tinsley
United States Magistrate Judge