```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**MARSHA CAUDILL,**

       **Plaintiff,**

**v.**                                **Civil Action No. 2:19-cv-00745**

**ANDREW SAUL, Commissioner**
**of Social Security,**

       **Defendant.**

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, filed February 6, 2020; and the magistrate judge having recommended that the court dismiss this action pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely serve process; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

Accordingly, it is ORDERED that this case be, and it hereby is, dismissed without prejudice.

The Clerk is directed to forward copies of this memorandum opinion and all counsel of record and to the United States Magistrate Judge.

ENTER: March 4, 2020

John T. Copenhaver, Jr.
Senior United States District Judge